# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA, KEVIN P. MCDONOUGH, EX REL,**

                  **Plaintiffs,**

**-vs-**                                                                    **Case No.  6:02-cv-1271-Orl-28KRS**

**DELTA HEALTH GROUP, INC., ET. AL.,,**

                  **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **NOTICE OF WITHDRAWAL OF COUNSEL (Doc. No. 7)** |
| **FILED:** | **June 3, 2005** |
| _____ | |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

The present filing purports to be a notice that Stephen P. Echsner, attorney for the relator, has withdrawn from this case.  However, an attorney may not withdraw from a case without leave of court to do so.  Middle District of Florida Local Rule 2.03(b) states that no attorney who has appeared in a case before this Court may withdraw "except by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel."

Furthermore, there is an outstanding order to show cause to which Mr. Echsner has not responded.  Doc. No. 4.  Mr. Echsner will not be permitted to withdraw from the case until he responds to that order.

**DONE** and **ORDERED** in Orlando, Florida on June 6, 2005.

*Karla R. Spaulding*
_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties